# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| FREDDY TORRES, | : No. 22 EM 2015 |
| Petitioner | : |
| v. | : |
| THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 1st day of May, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **GRANTED, IN PART,** to the extent it seeks mandamus relief.  The Court of Common Pleas of Philadelphia County is **DIRECTED** to dispose of the pending habeas corpus petition within 90 days.